CLYDE W. JUDGE, Appellant, v. McCAIN REALTY COMPANY, INC., Respondent, Impleaded with Another.— Judgment of Onondaga County Court reversed and judgment of the Municipal Court affirmed, with costs in this court and in the County Court to the appellant, on the ground that a clear question of fact was presented which was determined by the Municipal Court and its determination was not against the weight of the evidence, and there are no errors in the record requiring a reversal. All concur.

SPENCER KELLOGG & SONS, INC., Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Upon reargument judgment affirmed, with costs, on the opinion of Sears, J., on the original argument. [See 204 App. Div. 243.] All concur.

JAMES A. GREEN, Suing on Behalf of Himself and Others Similarly Situated, etc., Respondent, v. PEOPLE'S GAS LIGHT AND COKE COMPANY OF BUFFALO and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Sears, J., not sitting.

CLARENCE R. WOLFE, Appellant, v. RESERVE FINANCE CORPORATION, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ADELAIDE B. LUITWIELER, Respondent, v. LUITWIELER PUMPING ENGINE COMPANY and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs.

HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Appellant, v. ALBERT LAKE, Respondent, and Two Other Actions Brought by the Same Plaintiff against CHARLES MATHIAS, Respondent, and D. M. RYON, Respondent.— Motion for stay pending appeal granted.

JULIA F. MURRAY, Respondent, v. LOUISE MURRAY EDDY and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers on appeal within thirty days and printed briefs within twenty days thereafter.

ANTHONY LINK, Appellant, v. HENRY MEHSERLE and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE H. CRAMER and Another, Respondents, v. GEORGE C. CRAMER and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

JESSIE WEAVER, Respondent, v. CLARENCE WEAVER, Appellant.— Order modified by reducing the amount allowed as counsel fee to $300, and as so modified affirmed, without costs of this appeal to either party. All concur, except Davis, J., who dissents and votes for affirmance.

J. FRANK O'CONNOR and Another, Doing Business under the Firm Name and Style of J. F. O'CONNOR SALES COMPANY, Respondent, v. ABE COOPER, Appellant.— Judgment affirmed, with costs. All concur.

SARAH BURLEW, Respondent, v. CHARLES A. SAWYER, Appellant.— Judgment reversed on the law and new trial granted, with costs to appellant to abide event, on the ground that the evidence failed to present a question of fact upon the question of gift. We are unable to determine from the record the value placed by the jury upon the four dresses in question, and upon that question there must be a new trial. All concur.

ANTONIO ROFFINO, Respondent, v. LLOYDS PLATE GLASS INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur.